# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132445

JEANNE CATES and WILLIAM BATES, II,
　　　　Plaintiffs-Appellants,

v

ANGELETTE MARIA MOORE MELHADO,
　　　　Defendant-Appellee.

SC: 132445
COA: 264557
Wayne CC: 04-424233-NI

_____/

　　　　On order of the Court, the application for leave to appeal the October 3, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

　　　　KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

Clerk

d0530